## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| Suewannia Kiba Hopkins ) | |
| ) | CASE NO. 17-68278-PMB |
| DEBTOR ) | |
| ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Melissa J. Davey, Standing Chapter 13 Bankruptcy Trustee, files this Notice that she is remitting the amount of $1119.54 to the Registry of the Clerk of the United States Bankruptcy Court on behalf of Suewannia Kiba Hopkins. These funds are being remitted to the Registry because the aforementioned party has not claimed the funds.

Dated: 11/28/2019

Respectfully submitted,

/s/
Melissa J. Davey
Standing Chapter 13 Trustee
Georgia Bar No. 206310
260 Peachtree Street, NW Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mdavey@13trusteeatlanta.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| Suewannia Kiba Hopkins ) | |
| ) | CASE NO. 17-68278-PMB |
| DEBTOR ) | |
| ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Notice of Deposit of Unclaimed Funds using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

E. L. Clark    ecfnotices@cw13.com, cwatlantabk@gmail.com
Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
Cathy L. Scarver    trusteescarver@bellsouth.net,
ga06@ecfcbis.com;papc1@bellsouth.net;yolanda_clsa@bellsouth.net

I further certify that on this day I caused a copy of these documents to be served via United States First Class Mail with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):
Suewannia Kiba Hopkins
1640 Plunketts Road
Buford, GA 30519

Dated: November 28, 2019.

Respectfully submitted,
/s/ Melissa J. Davey
Melissa J. Davey
Standing Chapter 13 Trustee
Georgia Bar No. 206310
260 Peachtree Street, NW Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mdavey@13trusteeatlanta.com